In re Farris, Terry; — Plaintiff; Applying for Supervisory and/or Remedial Writ; to the Court of Appeal, Third Circuit, Nos. KW96-1585, KW93-1555, KW93-1121; Parish of Allen 33rd Judicial District Court Nos. CR2058, CR2059-83.
Writ granted in part. If he has not done so already, the district attorney is ordered to provide relator with an estimate of the costs of reproducing public records relator has requested and to which relator is entitled. La. Const, art. XII, Section 3; R.S. 44:31; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537. In all other respects, the application is denied. State ex rel. Bernard v. Cr.D.C., 94-2247, p. 1 (La.4/28/95), 653 So.2d 1174, 1175; State ex rel. Fleury v. State, 93-2898 (La.10/13/95), 661 So.2d 488; R.S. 44:31; R.S. 44:35; State ex rel. Nodier v. State, 98-0636 (La.3/27/98), 716 So.2d 896.
CALOGERO, C.J. not on panel.